UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:16-CR-203-LRH-NJK |
| ) Plaintiff, ) | WAIVER AND CONSENT ORDER |
| vs. ) | |
| ALDO ANTONIO VILLA-ORTEGA, ) | |
| ) Defendant. ) | |

Defendant, ALDO ANTONIO VILLA-ORTEGA, having requested permission to enter a plea of guilty, hereby gives written consent to review of the Presentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____                    _____
Counsel for Defendant                        Assistant U.S. Attorney

DATED this 3rd day of October, 2016.

APPROVED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

FILED ___ RECEIVED
ENTERED ___ SERVED ON
___ COUNSEL/PARTIES OF RECORD

OCT 03 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY