UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00203-LRH-(NJK) |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ALDO ANTONIO VILLA-ORTEGA, | |
| Defendant. | |

In 2017, Defendant Aldo Antonio Villa-Ortega pled guilty to violating 8 U.S.C. § 1326, admitting he was a deported alien found unlawfully in the United States. ECF No. 30. As a result, he was sentenced to eight months of imprisonment and three years of supervised release. *Id.* The court imposed multiple mandatory conditions in regards to the term of supervised release, including that Defendant "shall not reenter the United States without legal authorization" if deported. *Id.* But Defendant allegedly violated the term of condition by later reentering the United States after being deported. *See* ECF Nos. 34, 35.

Defendant now moves the court to (1) waive his appearance; (2) waive his right to counsel; (3) impose sentencing for his supervised release that runs concurrent with the term of imprisonment related to his new law violation; and (4) waive any fines owed based on Defendant's inability to pay. ECF No. 34. Defendant's motion centers on the sentencing related to the alleged violation of his supervised release. Because a hearing regarding the alleged violation has yet to occur, the court finds that Defendant's motion is premature at this time. The court therefore denies the motion. Further, the court instructs the United States Attorney's Office

1

to coordinate with the United States Probation Office to initiate the required hearing regarding Defendant's alleged supervised release violation.

IT IS THEREFORE ORDERED that Defendant's motion for request for disposition of probation, waiver of appearance and right to attorney (ECF No. 34) is **DENIED without prejudice**.

IT IS FURTHER ORDERED that the United States Attorney's Office coordinate with the United States Probation Office to initiate the required supervised release hearing.

IT IS SO ORDERED.

DATED this 16th day of May, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE